| | | |
|---|---|---|
| LAW OFFICE OF KEN SCHNEIDER, PS | | The Honorable Christopher M. Alston |
| 2015 33rd Street | | United States Bankruptcy Judge |
| Everett, WA 98201 | | |
| (425) 258-2704 | | |

Date:     October 4, 2019
Time:    9:30 a.m.

Location:  U.S. Bankruptcy Court
              700 Stewart Street Rm 7206
              Seattle, WA 98101

Response Deadline: September 27, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>STACIE ESTAY<br><br><br><br><br><br>                Debtors. | IN PROCEEDINGS UNDER CHAPTER 7<br><br>NO. 19-12349<br><br>MOTION TO AVOID LIEN OF<br>OF CREDIT INTERNATIONAL<br>CORPORATION<br>AND NOTICE THEREOF |

## NOTICE

Please take notice that the undersigned will bring on for a hearing a Motion to Avoid Lien of Credit International Corporation before the Honorable Christopher M. Alston, United States Bankruptcy Judge, on the date above noted, in said Judge's assigned courtroom, U.S. Bankruptcy Court, 700 Stewart Street, Seattle, Washington, 98101, or at such other time and place as the Clerk of the Court may direct. Anyone opposing the relief requested above must file written objection with the Clerk of the Court no later than seven (7) days prior to the hearing. If no response is filed within the time allowed, the court may in its discretion grant the motion prior to the hearing, without further notice.

MOTION TO AVOID LIEN - 1                          LAW OFFICE OF KEN SCHNEIDER, PS
                                                                        2015 33rd STREET
                                                             EVERETT, WA 98201 (425) 258-2704

## MOTION

1. Debtor's employer, Regus Management Group, LLC, (garnishee), was served with a writ of garnishment by creditor Credit International Corporation, (Judgment Creditor) in Snohomish County Superior Court case number 13-2-07327-5

2. The registered agent for the Judgment Creditor, is Larry A. Johnstone, 144 Railroad Avenue Ste. 203, Edmonds, WA 98020 and its principal office is located at 10413 Beardslee Blvd Ste. A, Bothell, Washington 98011.  Exhibit A.

3. Snohomish County Superior Court is holding $784.74 pursuant to a writ of garnishment issued by the judgment creditor. The garnished funds were disclosed and claimed as exempt in the debtor's schedules.

4. Judgment Creditor has a judicial lien on these funds.

5. 11 U.S.C. §522 (f) permits the debtor to avoid a lien to the extent that it impairs an exemption to which the debtor would have been entitled.

6. The entire amount held by Snohomish County Superior Court would have been exempt if paid over to the debtor and the entire amount is impaired by the lien.

WHEREFORE the debtor moves the court for:

1. An order avoiding the lien of judgment creditor and directing the Snohomish County Superior Court to pay over, to the debtor's attorney, all funds held pursuant to the writ of garnishment.

2. For such other relief as the court shall order.

DATED: August 26, 2019            /s/ Ken Schneider
                                  Ken Schneider, WSBA #22410
                                  Attorney for Debtor

MOTION TO AVOID LIEN - 2                LAW OFFICE OF KEN SCHNEIDER, PS
                                        2015 33rd STREET
                                        EVERETT, WA 98201 (425) 258-2704

# BUSINESS INFORMATION

Business Name:
**CREDIT INTERNATIONAL CORPORATION**

UBI Number:
**601 048 069**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**10413 BEARDSLEE BLVD STE A, BOTHELL, WA, 98011-3463, UNITED STATES**

Principal Office Mailing Address:
**10413 BEARDSLEE BLVD STE A, BOTHELL, WA, 98011-3463, UNITED STATES**

Expiration Date:
**09/30/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**09/29/1987**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**LARRY A. JOHNSTONE, ATTY AT LAW, PLLC**

Street Address:
**144 RAILROAD AVE STE 203, EDMONDS, WA, 98020-4121, UNITED STATES**

Mailing Address:
**144 RAILROAD AVE STE 203, EDMONDS, WA, 98020-4121, UNITED STATES**

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ROBERT | BAKKER |
| GOVERNOR | INDIVIDUAL | | SUSAN | MUNROE |
| GOVERNOR | INDIVIDUAL | | ALEX | GALLEGOR |